**Dismissed and Memorandum Opinion filed June 25, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00447-CR

---

### PATRICK MAURICE DELEON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1343167**

---

## M E M O R A N D U M     O P I N I O N

Appellant entered a guilty plea to assault of a family member causing bodily injury.  The trial court deferred adjudicating guilt and placed appellant on community supervision for a term of two years. Subsequently, the State moved to adjudicate guilt. Appellant entered a plea of true to the motion. The trial court adjudicated guilt and on April 18, 2013, sentenced appellant to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice

and assessed a $300.00 fine. Appellant filed a notice of appeal. We dismiss the appeal.

The record reflects appellant waived his right of appeal as part of his agreement to plead true to the motion to adjudicate guilt. In exchange, the State recommended appellant be sentenced to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice and fined $300.00. Negotiated waivers of the right of appeal are valid if the defendant waived the right of appeal knowing with certainty the punishment that would be assessed. *See Monreal v. State,* 99 S.W.3d 615 (Tex.Crim.App. 2003). Appellant was fully aware of the likely consequences when he waived his right to appeal and was sentenced by the trial court in accordance with the States recommendation. *See Blanco v. State,* 18 S.W.3d 218, 220 (Tex.Crim.App. 2000).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).